

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00027-CV

**IN THE INTEREST OF J.G.H.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15767
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court denying the petition for bill of review filed by appellant Joseph Guerra is REVERSED. We ORDER that the "Decree in Suit Affecting the Parent-Child Relationship" signed on November 15, 2011 in cause number 2011-CI-18261 be VACATED, and that the case be REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against Ydette Holguin.

SIGNED May 14, 2014.

_____
Rebeca C. Martinez, Justice